UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM A. SMITH and YVONNE DESILVA,**

      **Plaintiffs,**

v.                                       Case No: 6:17-cv-1534-Orl-41TBS

**MONUMENT REAL ESTATE SVCS,
JULIA COMMINGS and JAMIE
JORDAN-MILLER,**

      **Defendants.**

                                      /

## ORDER

THIS CAUSE is before the Court on Plaintiff Yvonne DeSilva's Motion to Proceed *In Forma Pauperis* (Doc. 2) and Plaintiff William Smith's Motion to Proceed *In Forma Pauperis* (Doc. 10). United States Magistrate Judge Thomas B. Smith submitted two separate Reports and Recommendations ("R&Rs," Doc. Nos. 7, 13), in which he recommended that both motions be denied. He further recommends that the case be dismissed without further leave to amend pursuant to 28 U.S.C. § 1915(e)(2).

After a *de novo* review of the record, and noting that no objections were timely filed,[1] the Court agrees with the analysis set forth in both R&Rs. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Reports and Recommendations (Doc. 7, 13) are **ADOPTED** and **CONFIRMED** and made part of this Order.

---

[1] Although Plaintiffs filed an untimely and unsigned Amended Complaint (Doc. 11), it failed to remedy any of the defects in the original Complaint (Doc. 1) warranting dismissal of the case.

2. Plaintiff Yvonne DeSilva's Motion to Proceed *In Forma Pauperis* (Doc. 2) and Plaintiff William Smith's Motion to Proceed *In Forma Pauperis* (Doc. 10) are **DENIED**.

3. The case is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 13, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties